IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, et al, <br><br> Plaintiffs, <br> v. <br><br> JAB DESIGN AND RESTORATION, LLC, an Illinois limited liability company. <br> Defendant. | No. 20-cv-6070 <br><br> Judge: Lefkow |

NOTICE OF DISMISSAL

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, and ARNOLD AND KADJAN, LLP, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), voluntarily dismiss this action without prejudice and state that the Defendant has neither served an Answer nor a Motion for Summary Judgment.

TRUSTEES OF THE CHICAGO PAINTERS et al

s/s     James R. Anderson
         One of their attorneys

DONALD D SCHWARTZ
PAUL M. EGAN
JAMES R. ANDERSON
BRIAN C. JAMES
GRANT R. PIECHOCINSKI
ARNOLD AND KADJAN LLP
35 East Wacker Drive, Suite 600
Chicago, Illinois 60601
(312) 236-0415